1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                               DISTRICT OF NEVADA

8                                      * * *

9    RICHARD IDEN,                          Case No. 3:14-cv-00105-MMD-VPC

10                          Petitioner,

11        v.                                             ORDER

12   GRAVES COUNTY, KENTUCKY
     COMMONWEALTH ATTORNEY, *et al.*,

13                          Respondents.

14

15         This action is a *pro se* petition for a writ of habeas corpus filed pursuant to 28

16   U.S.C. § 2254, by an inmate. Neither a filing fee nor an application to proceed *in forma*

17   *pauperis* was submitted with the petition. Petitioner must either submit the $5.00 filing

18   fee or an application to proceed *in forma pauperis* when filing a federal habeas corpus

19   action. Additionally, the petition was not submitted on the Court's approved form. The

20   Local Rules of Court require petitioners appearing in *pro se* to file their petitions on the

21   Court's approved form. Local Rules of Special Proceedings 3-1 ("a petition for a writ of

22   *habeas corpus*, filed by a person who is not represented by an attorney, shall be on the

23   form provided by this court.").

24         Due to the defects presented, the pauper application will be denied, and the

25   present action will be dismissed without prejudice to the filing of a new petition in a new

26   action with a pauper application with all required attachments. It does not appear from

27   the papers presented that a dismissal without prejudice would result in a promptly-filed

28   new petition being untimely. In this regard, plaintiff at all times remains responsible for

1  calculating the running of the limitations period as applied to his case and properly

2  commencing a timely-filed habeas corpus action.

3         It is therefore ordered that this action is dismissed without prejudice to the filing

4  of a new petition in a new action.

5         It is further ordered that the Clerk of the Court shall send petitioner two (2) copies

6  of an *in forma pauperis* application form for a prisoner, one (1) copy of the instructions

7  for the same, two (2) copies of a blank 28 U.S.C. § 2254 habeas petition form, and one

8  (1) copy of instructions for the same.

9         It is further ordered that petitioner may file a new petition in a new action, but he

10  may not file further documents in this action.

11         It is further ordered that the Clerk of the Court shall enter judgment accordingly.

12

13         DATED THIS 25th day of February 2014.

14

15

16         MIRANDA M. DU
           UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28